**Order entered April 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01597-CV

**CARL "STACEY" NEESE, INDIVIDUALLY AND A/N/F OF LOGEN NEESE,
CAMERON NEESE, ET AL., Appellants**

**V.**

**TED B. LYON, MARQUETTE WOLF, ET AL., Appellees**

**On Appeal from the 382nd Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 1-13-61**

## ORDER

We **GRANT** appellees' motion to extend time to file brief and **ORDER** the brief

received by the Clerk of the Court April 17, 2014 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE